UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KIMBERLY MILLER, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

    Plaintiffs,

v.

ARGOSY BOOK STORES, INC.,

    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:22-cv-733

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), KIMBERLY MILLER, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, ARGOSY BOOK STORES, INC., with prejudice and without fees and costs.

Dated: New York, New York
April 5, 2022

                                        **GOTTLIEB & ASSOCIATES**

                                        _/s/Michael A. LaBollita, Esq._

Michael A. LaBollita, Esq., (ML-9985)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Michael@Gottlieb.legal

*Attorneys for Plaintiffs*

SO ORDERED:

_____
Hon. Ronnie Abrams
04/11/22